UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80108-Cannon/Reinhart
8 USC §1326(a) and (b)(1)

UNITED STATES OF AMERICA,

vs.

ADRIAN SANCHEZ-LOPEZ,

Defendant.
_____/

FILED BY ___SP___ D.C.

Jun 27, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about May 22, 2023, in Palm Beach County, in the Southern District of Florida, the defendant,

**ADRIAN SANCHEZ-LOPEZ,**

an alien, having been previously removed from the United States on or about October 4, 2018, was found in the United States without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for

admission to the United States.

In violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-cr-80108-Cannon/Reinhart

v.

ADRIAN SANCHEZ-LOPEZ,

_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☒ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take 1-2 days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)
   I   ☒ 0 to 5 days               ☐ Petty
   II  ☐ 6 to 10 days              ☐ Minor
   III ☐ 11 to 20 days             ☐ Misdemeanor
   IV  ☐ 21 to 60 days             ☒ Felony
   V   ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-8317-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 06/23/2023
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
JOHN C. McMILLAN, JR.
Assistant United States Attorney
Court ID No.  A5500228

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  ADRIAN SANCHEZ-LOPEZ

**Case No**:  23-cr-80108-Cannon/Reinhart

Count #:

Re-entry After Deportation (Prior Felon)
Title 8, United States Code, Section 1326(a) and (b)(1)

* Max. Term of Imprisonment: 10 years
* Mandatory Min. Term of Imprisonment (if applicable): not applicable
* Max. Supervised Release: 3 years
* Max. Fine: $250,000
* Special Assessment: $100.00

**Immigration consequences of removal (deportation) from the United States upon conviction**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-cr-80108-Cannon/Reinhart |
| ADRIAN SANCHEZ-LOPEZ, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____M. Caroline McCrae, AFPD_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____Ryon M. McCabe, U.S. Magistrate Judge_____
*Judge's printed name and title*